UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>DENTAL CARE ASSOCIATES OF SPOKANE VALLEY, PS; DR. JAMES G. HOOD, DDS; and KAREN J. HOOD,<br><br>                Defendants. | NOS:  2:15-CV-00023-RMP<br>           2:15-CV-00259-RMP<br><br>ORDER GRANTING MOTION TO CONSOLIDATE 2:15-CV-00023-RMP WITH CASE NO. 2:15-CV-00259-RMP |
|---|---|

BEFORE THE COURT is the United States' Motion to Consolidate, ECF No. 76 in Case No. 2:15-CV-00023-RMP.  The Court has reviewed the record and is fully informed.

Pursuant to FED. R. CIV. P. 42(a), a court may consolidate actions that share common questions of law or fact.  Both Case No. 2:15-CV-00023-RMP and Case No. 2:15-cv-00259-RMP were brought by the United States against Karen and James Hood for their alleged failure to adhere to federal tax laws.  Although the

ORDER GRANTING MOTION TO CONSOLIDATE WITH CASE NO. 2:15-CV-0259-RMP ~ 1

cases seek different forms of relief, they are based on common facts and evidence. Therefore, the Court finds good cause to consolidate these two cases.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Consolidate, **ECF No. 76** in Case No. 2:15-CV-00023-RMP, is **GRANTED**.

2. **Case No. 2:15-CV-00259-RMP** is hereby consolidated with Case No. 2:15-CV-00023-RMP.

The District Court Clerk is directed to enter this Order, to consolidate **Case No. 2:15-CV-00259-RMP** with Case No. 2:15-CV-00023-RMP, to provide copies of this Order to counsel and to any pro se defendants, and **CLOSE Case No. 2:15-CV-00259-RMP**.

**DATED** this 22nd day of January 2016.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                        Chief United States District Court Judge